UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JEFFREY LEWIS,

                            Plaintiff,

                                                                                     <u>DECISION AND ORDER</u>

                                                                                     04-CV-6377L

                        v.

REGIONAL TRANSIT,

                            Defendant.
_____

      Plaintiff's request for an extension of time to file supplemental materials in opposition to defendant's motion for summary judgment is granted. Plaintiff must file those papers on or before June 11, 2007. Reply papers, if any, must be filed no later than 15 days following the filing of plaintiff's supplemental material.

      IT IS SO ORDERED.

                                                _____
                                                     DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       May 10, 2007.